**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2566**

———————

KEITH ALEXANDER ASHE,

                    Plaintiff – Appellant,

          v.

PNC FINANCIAL SERVICES GROUP, INCORPORATED,

                    Defendant – Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Paul  W.  Grimm,  District  Judge.
(8:15-cv-00144-PWG)

———————

Submitted:  April 21, 2016          Decided:  April 25, 2016

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Keith Alexander Ashe, Appellant Pro Se. Naresh Kilaru, Mark S.
Sommers, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP,
Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Alexander Ashe seeks to appeal the district court's order dismissing his civil complaint for trademark infringement as barred by collateral estoppel. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 17, 2015. The notice of appeal was filed on December 18, 2015. Because Ashe failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2